IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DEBORAH DEAR,                          :

      Plaintiff,

      v.                               :       Case No. 3:16-cv-448

QUANTECH SERVICES, INC.                        JUDGE WALTER H. RICE
SHORT-TERM DISABILITY
PLAN, *et al.*,                        :

      Defendants.

---

### ORDER UNSEALING SEALED DECISION AND ENTRY (DOC. #23)

---

The Court has been informed by the Sixth Circuit mediator that the parties
have reached a settlement in the above-captioned action, but would like the Court
to unseal its September 28, 2018, Decision and Entry sustaining Defendants'
Motion for Judgment on the Administrative Record. Doc. #23. That filing was
sealed only because of the potentially-sensitive medical records of Plaintiff cited
therein. Based on the mediator's statement that neither party objects to the
unsealing of that Decision and Entry, the Court ORDERS that it be UNSEALED.

Date: February 14, 2019

                            WALTER H. RICE
                            UNITED STATES DISTRICT JUDGE